BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-00429-KJM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| THOMAS JAMES HART, | |
| Defendant. | |

WHEREAS, on or about February 28, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Thomas James Hart and the finding of forfeiture by the Court forfeiting to the United States the following property:

      (a)  One Compaq Presario 3000 laptop computer, serial number 1J31LLN3X2H1; and

      (b)  One Toshiba hard drive model MK6021GAS.

AND WHEREAS, beginning on March 5, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government

1

forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Thomas James Hart.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 20th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE